IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALLEN DILLEY and<br>JESSICA LEE HALL,<br><br>Defendants. | CR 25-22-M-DWM<br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 57). Defendants David Allen Dilley and Jessica Lee Hall have been adjudged guilty of possession with the intent to distribute controlled substances as charged in the indictment and have admitted to its forfeiture allegation. As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2).

Accordingly, IT IS ORDERED that the motion (Doc. 57) is GRANTED:

IT IS FURTHER ORDERED that Defendants' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2):

- $5,754 U.S. Currency

IT IS FURTHER ORDERED that the United States Marshals Service, the

1

Drug Enforcement Administration, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 16th day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court