IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-22-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| DAVID ALLEN DILLEY and JESSICA LEE HALL, | |
| Defendants. | |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 61.) Having reviewed said motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 21 U.S.C. § 853(a)(1)–(2).

2. A preliminary order of forfeiture was entered on October 16, 2025, that forfeited the Defendants' interest. (Doc. 59.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 60.)

4. It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. § 853(a)(1)–(2) and Rule

1

32.2(c)(2) of the Federal Rules of Criminal Procedure.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture, (Doc. 61), is GRANTED.

2. The following property is finally forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1)–(2), free from the claims of any other party, the following property:

- $5,754 U.S. Currency

3. The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 7th day of January, 2026.

_____
Donald W. Molloy, District Judge
United States District Court